UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GRAZIANO, as mother and next best friend of a minor child known as "N.G.", <br> *Plaintiff*, <br><br> v. <br><br> KINGSTON INTERMEDIATE SCHOOL, MARIE PROVENZANO FAGHAN, in her Individual and Official Capacity as a Nurse, TOWN OF KINGSTON, LISA MCMAHON, M.D. in her Individual and Professional Capacity as Principal, and MICHAEL BAMBERY, in his Individual and Professional Capacity as Vice Principal, <br> *Defendants.* | CA. NO. 22-10164 |

## DEFENDANT MARIE PROVENZANO'S NOTICE OF REMOVAL

NOW COMES the defendant Marie Provenzano (herein "defendant") in the above-entitled cause, and respectfully show to the Court:

1. The above action has been brought in the Plymouth Superior Court and is now pending therein. Said action was commenced on October 14, 2021. The defendant, Marie Provenzano accepted service of the Complaint on January 10, 2022.

2. Said Complaint pleads a controversy of federal question, namely, an alleged civil rights violation under 42 U.S.C. § 1983.

3. The nature of the controversy between the plaintiff, Laurie Graziano and the and said petitioner is as follows: the plaintiff alleges that defendant Provenzano negligently administered and mishandled the plaintiff's minor son's medication as the head school nurse for the Kingston Intermediate School during the 2018-2019 school year.

4. The matter in controversy between the plaintiff and defendants involves a federal question.

5. Upon information and belief, not all of the defendants have been served by the plaintiff in this matter. Notwithstanding the foregoing, counsel for the defendant Provenzano has confirmed that all defendants consent to removal to the United States District Court.

WHEREFORE the petitioner Marie Provenzano prays that this cause be removed from said state court to this Honorable Court as provided by law.

                                            DEFENDANT,
                                            MARIE PROVENZANO
                                            BY HER ATTORNEY,

                                            /s/ *Courtney E. Mayo*
                                            Courtney E. Mayo, Esquire
                                            BBO # 657790
                                            cmayo@hassettdonnelly.com
                                            Hassett & Donnelly, P.C.
                                            446 Main Street - 12th Floor
                                            Worcester, MA 01608
                                            Phone:  (508) 791-6287

January 31, 2022

## CERTIFICATE OF SERVICE

   I, Courtney E. Mayo, counsel of record for the defendant Marie Provenzano in this action, do hereby certify that I have served a copy of the foregoing to all parties, by electronic mail this _____ day of January 2022 to:

Michaela M. Weaver, Esquire
John T. Martin, Esquire
KJC Law Firm
1 Exchange Place
Worcester, MA 01608
(617)720-8447
mweaver@kjclawfirm.com
jmartin@kjclawfirm.com

Seth Barnett, Esquire
Pierce Davis & Perritano, LLP
10 Post Office Square
Suite 1100N
Boston, MA 02109
sbarnett@piercedavis.com

              /s/ *Courtney E. Mayo*
              Courtney E. Mayo, Esquire